No. 1346. UNITED STATES *v.* TOPCO ASSOCIATES, INC. Appeal from D. C. N. D. Ill. Probable jurisdiction noted.

No. 1331. AFFILIATED UTE CITIZENS OF UTAH ET AL. *v.* UNITED STATES ET AL. C. A. 10th Cir. Certiorari granted.

No. 1023. HEALY ET AL. *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 1189. DeLEGGE *v.* UNITED STATES;
No. 1277. DADDANO *v.* UNITED STATES; and
No. 6532. CAIN *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. Reported below: 432 F. 2d 1119.

No. 1228. ROBERTS *v.* STATE REAL ESTATE COMMISSION. Sup. Ct. Pa. Certiorari denied.

No. 1265. CONSTRUCTION & GENERAL LABORERS' LOCAL UNION No. 246, LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, AFL–CIO *v.* JORDAN Co. Sup. Ct. Ga. Certiorari denied.

No. 1294. McAFEE ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 1337. MORELLI ET AL. *v.* NEW YORK; and
No. 1399. COLON *v.* NEW YORK. Ct. App. N. Y. Certiorari denied. Reported below: 28 N. Y. 2d 1, 267 N. E. 2d 577.